FAX or Internet

## UNITED STATES DISTRICT COURT
### for the
### District of Arizona

In the Matter of the Search of  
*A hogan located 4.8 miles west on Navajo Station Road, Ganado, Arizona*  
*GPS Coordinates: 35.5778039, -109.6205521*

)  
)  
)  Case No. 21-4227mb  
)  
)

### ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer.

An application by a federal law enforcement officer for the government requests the search of the following person or property located in the   District of Arizona
*(identify the person or describe the property to be searched and give its location)*:

#### SEE ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

#### SEE ATTACHMENT B

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   August 18, 2021  
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge    Camille D. Bibles                             .
    *(Name)*

☐ I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and Time Issued: _____   **Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2021.08.04 17:18:10 -07'00'
*Judge's Signature*

City and State:   Flagstaff, Arizona            Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed Name and Title*

| Return | | |
|---|---|---|
| Case No.: 21-4227mb | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized: | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing Officer's Signature*

_____
*Printed Name and Title*

## **ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED**

1. Any evidence of assault, including blood evidence, dried blood, and/or biological substances that appear to be blood, which may be on the floors, walls, clothing, bedding, furniture, vehicles, or items used to clean up same (such as cloth towels, washcloths, or paper towels).

2. Any biological evidence which may contain DNA evidence, which may be on the floors, walls, clothing, bedding, furniture, vehicles, or items used to clean up same (such as cloth towels, washcloths, or paper towels).

3. Deceased body of P.T.

4. Any weapons or items that could be used as a weapon, pieces/parts of a weapon or ammunition/shell casings related to the death investigation.

5. Indicia of occupancy and/or ownership of the home, including mail (e.g. bills) showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; leases or rental documents, identification cards; and photographs of the owners and/or occupants at or within the house or residence.

6. Cellular telephones

7. Photographs and/or video of the residence and the things seized.

FAX or Internet
_____

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of:

*A hogan located 4.8 miles west on Navajo* )
*Station Road, Ganado, Arizona* )
*GPS Coordinates: 35.5778039, -109.6205521* )   Case No. 21-4227mb
)

## ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, F.B.I. Special Agent Andrew Fulp, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See Attachment A.**

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

[X] evidence of a crime;

[ ] contraband, fruits of crime, or other items illegally possessed;

[X] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153 and 1111 | Murder (Indian Country) |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice _____ days (give exact ending date if more than _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: *s/ AUSA Emma Mark*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

*Applicant's Signature*

Executed on: 08/04/2021

Andrew Fulp, F.B.I. Special Agent
*Printed Name and Title*

**Sworn by Telephone**
Date/Time: August 4, 2021 at 5:15pm

Date: _____

**Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2021.08.04 17:16:50 -07'00'

*Judge's Signature*

Camille D. Bibles,
United States Magistrate Judge
*Printed Name and Title*

City and State: Flagstaff, AZ

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

I, Andrew Fulp, Special Agent of the Federal Bureau of Investigation, state under oath as follows:

1. Your Affiant has been a Special Agent (SA) with the FBI since May 2017. As a SA of the FBI, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. Your Affiant's duties include the investigation of violent crimes occurring within Indian Country in the District of Arizona. Your Affiant has investigated homicides, assaults, sexual assaults and kidnappings, both as the case agent and as a co-case agent.

2. The statements contained in this Affidavit are based in part on information provided to your Affiant, by FBI SA Ryan Gowdy, and other law enforcement officers, either directly or indirectly through their reports or affidavits, surveillance conducted by law enforcement officers, and information provided by witnesses. Your Affiant also relies on his experience, training, and background as a Special Agent with the FBI in evaluating this information, and on your Affiant's own work on this case.

3. Because this Affidavit is being submitted for the limited purpose of obtaining a search warrant, your Affiant has not included every fact known to your

Affiant concerning this investigation. Your Affiant has set forth only the necessary to establish probable cause to support issuance of the requested search warrant.

### Introduction

4. This case involves the murder of P.T. On August 4, 2021, Navajo Nation Criminal Investigator Samantha Yazzie notified FBI SA Ryan Gowdy that P.T. was found bound and deceased inside his hogan. The murder occurred on the Navajo Nation Indian Reservation (Indian Country) in the District of Arizona.

5. Your Affiant makes this affidavit in support of a search warrant for the hogan where P.T.'s body was found, which is located in Ganado, on the Navajo Nation Indian Reservation (Indian Country) in the District of Arizona. The hogan is fully described in **Attachment A**. The things to be searched for and seized pertain to the investigation of the death of P.T., in violation of 18 U.S.C. §§ 1111 and 1153. The things to be searched for and seized from the hogan are specifically described in **Attachment B**.

### Investigation

6. On August 4, 2021, FBI Special Agent Ryan Gowdy interviewed L.E., a family member of P.T.'s. Around 10:45AM on August 4, 2021, L.E. went to the hogan belonging to P.T. L.E. was bringing food scraps to the hogan for P.T.'s dogs.

7. When L.E. arrived at the hogan, he noticed two vehicles at the residence. Both vehicles belonged to P.T., and one vehicle had multiple wooden boards leaning up against the side of the vehicle. L.E. described the boards as

suspicious.

8. L.E. knocked on the door of the hogan, but did not get a response. L.E. went to a different door, a screen door, and entered the residence. Upon entering the hogan, he saw a body on the floor, which he believed was P.T. L.E. noted the body was not breathing, at which point he contacted the police.

9. Paramedics responded to the scene and pronounced P.T. dead. Navajo Nation Police Officer Kara Tilden entered the residence with paramedics around 11:29AM on August 4, 2021. Officer Tilden observed the arms and legs of the body tied together with rope, and the hood of a sweatshirt pulled over the head of the body. Officer Tilden saw a red substance on the hood of the sweatshirt, which appeared to be blood.

## Things to be Searched for and Seized

10. Based on the foregoing, your Affiant is seeking a search warrant to search the hogan owned by P.T. as described in **Attachment A** for evidence pertaining to the death investigation of P.T. Based upon my training, education, and experience, suspects often leave behind evidence from the commission of the offenses they commit. Thus, your Affiant is seeking a warrant to search for evidence, fruits, and instrumentalities of this offense, including the recovery of P.T.'s body, any DNA evidence, clothing, and any weapons or ammunition/shell casings related to the death investigation further described in **Attachment B.**

11. Additionally, based on your affiant's training and experience, it is also

known that indicia of ownership and/or occupancy is important in a criminal case. Such information may help establish (among other things) potential suspects and potential witnesses. It also can establish or help establish possession or control of the premises, knowledge, and intent. Based on your affiant's training and experience, indicia of ownership and occupancy includes such things as: mail (*e.g.*, bills) showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; leases or rental documents; identification cards; and photographs of the owners and/or occupants at or within the house or residence.

12. Additionally, based on your affiant's training and experience, I also know that those involved in committing a crime and then fleeing the scene may use cellular devices to aid in their escape, or communicate information related to the crime they committed. This includes but is not limited to text message communications, telephone calls, and location information.

13. The things to be searched for and seized are described further in **Attachment B.**

## Conclusion

14. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. Based on the foregoing, I request that the Court issue the proposed search warrant because there is probable cause to support that violations of federal law have occurred as described above.

15. Based on the factual information described above, I respectfully submit that there is probable cause to believe that evidence described in **Attachment B** will support an investigation related to violations of 18 U.S.C. §§ 1153 and 1111. Due to the time sensitivity nature of this investigation, your Affiant believes it is necessary to conduct this search as soon as possible in order to avoid destruction/contamination of possible evidence and ensure it can be secured.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

Executed on August 4, 2021

Andrew Fulp
Special Agent
Federal Bureau of Investigation

Sworn by Telephone

Date/Time: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2021.08.04 17:17:24 -07'00'

HON. CAMILLE D. BIBLES
United States Magistrate Judge

## ATTACHMENT A – PLACE TO BE SEARCHED

**ADDRESS/DESCRIPTION OF LOCATION:** A hogan located 4.8 miles west on Navajo Station Road in Ganado, Arizona.

**DESCRIPTION OF RESIDENCE:** Single story hogan, brown roof

**APPROXIMATE GPS COORDINATES:** 35.5778039 N., -109.6205521 W.

**PHOTO ATTACHED:** Yes



6